```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 14752
   HILDA DIAZ
                                                 CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-2029


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/09/08 and confirmed on 10/14/08.

     2.  The case was dismissed after confirmation, 11/20/2008.

     3.  The Debtor paid a total of $     987.50 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
WILSHIRE CREDIT CORP       CURRENT MORTG          .00           .00           .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE          .00           .00           .00
KANE COUNTY TREASURER      PRIORITY          3395.22           .00           .00
RENEW AUTO SALES           SECURED VEHIC     1453.90          3.27        928.72
HSBC                       UNSECURED         NOT FILED         .00           .00
CITIBANK                   UNSECURED         NOT FILED         .00           .00
CCA                        UNSECURED         NOT FILED         .00           .00
CREDIT MANAGEMENT SERVIC   UNSECURED         NOT FILED         .00           .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED         .00           .00
EASTSIDE FINANCE CO        UNSECURED         NOT FILED         .00           .00
CHASE                      UNSECURED         NOT FILED         .00           .00
NICOR GAS                  UNSECURED         NOT FILED         .00           .00
PINNACLE FINANCIAL GROUP   UNSECURED         NOT FILED         .00           .00
WELLS FARGO FINANCIAL      UNSECURED         NOT FILED         .00           .00
ZENITH ACQUISITION CORP    UNSECURED         NOT FILED         .00           .00
ZENITH ACQUISITION CORP    UNSECURED         NOT FILED         .00           .00
HITCHCOCK & ASSOCIATES     REIMBURSEMENT       64.80           .00           .00
          Summary of disbursements:
-----------------------------------------------------------------------------
              SECURED       PRIORITY   UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1453.90   3460.02        .00         .00      4913.92
PRINCIPAL PAID       928.72       .00        .00         .00       928.72
INTEREST PAID          3.27       .00        .00         .00         3.27
TOTAL PAID           931.99       .00        .00         .00       931.99
The Debtor's attorney, THOMAS R HITCHCOCK           , was allowed $    3500.00
and was paid $      .00 .

The Trustee received $     55.51 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE